IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BILLY GREER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:13-CV-2915-L** |
| § | |
| **BANK OF AMERICA, N.A.,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

This case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 2, 2015, recommending that Plaintiff's remaining claims against Defendants for fraud, usury, unjust enrichment, and wrongful foreclosure be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.* No objections to the Report were filed.

Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** Plaintiff's remaining claims against Defendants for fraud, usury, unjust enrichment, and wrongful foreclosure pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The court therefore need not address Defendants' summary judgment motion as to these claims and **directs** the clerk of the court to term that motion (Doc. 18).

---

* Plaintiff's claims for breach of fiduciary duty, civil conspiracy, quiet title, and alleged violations of the Truth in Lending Act and Fair Credit Reporting Act were previously dismissed with prejudice.

**Order –Page 1**

**It is so ordered** this 24th day of February, 2015.

```
                                              Sam A. Lindsay
                                              United States District Judge
```

**Order –Page 2**